UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL SURETY CORP.,          :       CIVIL ACTION
          Plaintiff                         NO. 3:02cv217(CFD)

V.                                               :

JAMES LEVIN, ET AL.,            :
          Defendant             :       FEBRUARY 20, 2004

## PARTIES' JOINT STATUS REPORT

Pursuant to the Order of the Court on February 4, 2004, the parties hereby jointly submit the following status report in this case.

## A.      NATURE OF THE CASE

### 1.      Brief Description of Case

This matter is a declaratory judgment action commenced by National Surety Corp. to obtain a judgment that it has no duty to defend or indemnify the defendants, Paul Arpin Van Lines and James Levin, with respect to tort claims asserted against them by the defendant, Russell Harris.  The underlying tort claim is currently pending in the Connecticut Superior Court in the case of Harris v. Levin, et al., Docket No. X06 CV 99-0170961 S.  The defendants Paul Arpin and Levin believe that the questions presented here are pending in the state courts below and are awaiting argument, but National Surety's position is that there are distinctions between this case and the state court matters.

The case also is related to a case in Connecticut state court entitled James Levin v. Preferred Administrative Services, et al., Docket No. X06 CV 01-0170962 S, which has been consolidated for discovery purposes with the case of Harris v. Levin.

2.      **Pending Motions**

The only pending motion in this case is National Surety Corp.'s motion for reconsideration of the Court's order staying this case, pursuant to Wilton v. Seven Falls, pending developments in the underlying case of Harris v. Levin.

3.      **Tried to Jury or Court**

This case will be tried to a jury.

B.      **DISCOVERY**

1.      No discovery has been taken, due to the fact that this case is currently ordered stayed by the Court.  In the event that the stay becomes lifted at some point, the parties anticipate that a request for a new scheduling order will be made.

C.      **SETTLEMENT**

1.      No settlement conference has been conducted in this case.

2.      No outstanding reports are due regarding settlement because no settlement conference has been conducted.

3.      The parties do not believe that a settlement conference will be beneficial at this time due to the pendency of the underlying matters and due to the fact that this case is currently stayed.

**D.   TRIAL PREPARATION**

1.     The parties anticipate that this case will be ready for trial one (1) year after the stay is lifted, if it is lifted.

2.     The additional preparation that would be necessary for trial would involve the filing of dispositive motions by the parties.

3.     The only additional pleadings to be filed would be answers and affirmative defenses by the defendants to the plaintiff's complaint.  Such pleadings have not been filed at this point due to the fact that the case is stayed.

4.     No Joint Trial Memorandum has been filed.  There is currently no due date set for a Joint Trial Memorandum.

> **PLAINTIFF,**
> **NATIONAL SURETY CORPORATION**
>
>
> By _____
>       James V. Somers
>       Fed. Bar #ct 14525
>       Halloran & Sage LLP
>       One Goodwin Square
>       225 Asylum Street
>       Hartford, CT  06103-3488

**DEFENDANT,**
**PAUL ARPIN VAN LINES**


By _____
    Thomas J. Grady, Esq.
    Fed. Bar #ct 17139
    Lenihan, Grady & Steele
    6 Canal Street
    P.O. Box 541
    Westerly, RI 02891

**DEFENDANT,**
**JAMES LEVIN**


By _____
    David J. Baker, Esq.
    Fed. Bar #ct 11934
    Riccio & Beletsky, LLC
    310 Main Street, Suite 2B
    East Haven, CT 06512

**DEFENDANT,**
**RUSSELL HARRIS**


By _____
    James H. Howard, Esq.
    Fed. Bar #ct 07418
    Phelon, Fitzgerald & Wood, P.C.
    773 Main Street
    Manchester, CT 06040

## **CERTIFICATION**

This is to certify that on this 20th day of February, 2004, a copy of the foregoing was mailed, postage prepaid to:

Defendant, Paul Arpin Van Lines
Thomas J. Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Defendant, James Levin
David J. Baker, Esq.
Riccio & Beletsky, LLC
310 Main Street, Suite 2B
East Haven, CT 06512

Defendant, Russell Harris
James H. Howard, Esq.
Phelon, FitzGerald & Wood, P.C.
773 Main Street
Manchester, CT 06040

_____
James V. Somers

518064.1(HS-FP)