FILED

2003 MAR 24  P 3: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL SURETY CORPORATION        :        CIVIL ACTION NO.
                                   :        3:02CV217(CFD)
              Plaintiff,           :
                                   :
VS.                                :
                                   :
JAMES G. LEVIN, PAUL ARPIN VAN     :
LINES, INC., and RUSSELL HARRIS    :
                                   :
              Defendants.          :
                                   :        MARCH 24, 2003

## MOTION FOR RECONSIDERATION

The plaintiff, National Surety Corporation ("National Surety"), hereby respectfully

moves the court to reconsider its March 5, 2003 decision staying this action pending the

resolution of the underlying tort case of Harris v. Levin. This case should not be stayed

pending the resolution of the tort case for three reasons. First, the tort case is itself

stayed indefinitely due to the bankruptcy of one of the parties, and that prevents

National Surety from seeking resolution of the coverage dispute between it and the

defendants in this case. Second, Harris v. Levin is considerably more complex than

this matter, which means that even when that bankruptcy stay does end, it will not be

nearly as simple to resolve the coverage issues in that case as in this case. Third, the

Denied. So ordered.
 —  3/4/04

12710.0001/dc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105