UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:02CV217 (CFD) |
| JAMES G. LEVIN, PAUL ARPIN VAN LINES, INC. and RUSSELL HARRIS, | : | |
| Defendants. | : | MARCH 17, 2006 |

### STIPULATION OF VOLUNTARY DISMISSAL, F.R.C.P. 41(a)(1)

The Plaintiff, National Surety Corporation, and the defendants, James G. Levin, Paul Arpin Van Lines, Inc., and Russell Harris, have agreed to an out-of-court settlement and hereby stipulate to a voluntary dismissal of all claims and causes of action in the above-captioned matter, with prejudice.

PLAINTIFF,
NATIONAL SURETY CORPORATION

By _____
James V. Somers
Fed. Bar #ct14525
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-3488

DEFENDANT,
PAUL ARPIN VAN LINES

By: _____
Thomas J. Grady, Esq.
Federal Bar #ct 17139
Lenihan, Grady & Steele
6 Canal Street, P.O. Box 541
Westerly, RI 02891

-2-

DEFENDANT,
JAMES LEVIN

By _____
David J. Baker, Esq.
Federal Bar #ct 11934
Riccio & Beletsky, LLC
310 Main Street, Suite 2B
East Haven, CT 06512

-3-

DEFENDANT,
RUSSELL HARRIS

By _____
James H. Howard, Esq.
Federal Bar #ct 07418
Phelon, Fitzgerald & Wood, P.C.
773 Main Street
Manchester, CT 06040

-4-

## CERTIFICATION

This is to certify that on this 17th day of March 2006, a copy of the foregoing was mailed, postage prepaid to:

**Defendant, Paul Arpin Van Lines**
Thomas J. Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Defendant, Russell Harris**
James H. Howard, Esq.
Phelon, FitzGerald & Wood, P.C.
773 Main Street
Manchester, CT 06040

**Defendant, James Levin**
David J. Baker, Esq.
Riccio & Beletsky, LLC
310 Main Street, Suite 2B
East Haven, CT 06512



James V. Somers

577503_1 DOC

-5-