44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAR 21 A 10:58

NATIONAL SURETY CORPORATION :
Plaintiff, :
v. : CASE NO. 3:02CV217 (CFD)
JAMES G. LEVIN, PAUL ARPIN VAN LINES, INC. and RUSSELL HARRIS, :
Defendants. : MARCH 17, 2006

USDJ 3/28/06

**STIPULATION OF VOLUNTARY DISMISSAL, F.R.C.P. 41(a)(1)**

The Plaintiff, National Surety Corporation, and the defendants, James G. Levin, Paul Arpin Van Lines, Inc., and Russell Harris, have agreed to an out-of-court settlement and hereby stipulate to a voluntary dismissal of all claims and causes of action in the above-captioned matter, with prejudice.

Approved and so ordered.

**PLAINTIFF,**
**NATIONAL SURETY CORPORATION**

FILED
2006 MAR 22 P 1:24

By ______________________
James V. Somers
Fed. Bar #ct14525
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-3488